1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDELL M. ARMSTEAD, JR.,

                    Petitioner,

        v.

RONALD HAYNES,

                    Respondent.

Case No. C20-391-MJP-MLP

REPORT AND RECOMMENDATION

This is a federal habeas action brought under 28 U.S.C. § 2254. Petitioner Wendell M. Armstead, Jr. submitted an application to proceed *in forma pauperis* and a proposed 28 U.S.C. § 2254 petition in the above-entitled case on March 11, 2020. (Dkt. # 1).

Pursuant to 28 U.S.C. § 1915(a)(1), the Court may authorize the commencement of an action, without the prepayment of fees, where the petitioner establishes he is unable to pay such fees. The requirement of a filing fee under 28 U.S.C. § 1915 was instituted to help "deter frivolous litigation brought by prisoners *in forma pauperis*." *Wooten v. District of Columbia Metro. Police Dep't*, 129 F.3d 206, 207 (D.C. Cir. 1997); *see Williams v. Roberts*, 116 F.3d

1126, 1127-28 (5th Cir. 1997). The filing fee for a civil lawsuit under 28 U.S.C. § 2254 is $5.00.[1] 28 U.S.C. § 1914(a); *see* LCR 100(d).

Petitioner's *in forma pauperis* application indicates he has $96.04 in average monthly receipts and an average spendable balance of $20.35. (Dkt. # 1). While the Court recognizes that Petitioner's funds may not be great, it is not unreasonable to expect Petitioner to pay the minimal filing fee required to proceed with this action ($5.00) given the fact that his basic needs are provided for while he is detained. Petitioner's application therefore demonstrates he has sufficient funds to pay the $5.00 filing fee required in a federal habeas action.

Accordingly, this Court recommends that Petitioner's application to proceed *in forma pauperis* (dkt. # 1) be DENIED. This action should proceed only if Petitioner pays the $5.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 8, 2020.**

---

[1] The Fee Schedule for the U.S. District Court for the Western District of Washington additionally designates that $5.00 is required for filing a writ of habeas corpus under 28 U.S.C. § 2254 and is available at: https://www.wawd.uscourts.gov/sites/wawd/files/FeeSchedule.pdf.

REPORT AND RECOMMENDATION - 2

DATED this 13th day of April, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge