1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

WENDELL M. ARMSTEAD, JR.,

9

Petitioner,

Case No. C20-391-MJP

10

v.

ORDER DENYING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

11

RONALD HAYNES,

12

Respondent.

13

14

     The Court, having reviewed Petitioner's application to proceed *in forma pauperis*, the

15

Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate

16

Judge, and the remaining record, hereby finds and ORDERS:

17

     (1)    The Report and Recommendation is approved and adopted;

18

     (2)    Petitioner's application to proceed *in forma pauperis* (dkt. # 1) is DENIED.

19

Petitioner is directed to pay the full filing fee of $5.00 within ***thirty (30) days*** of the date on

20

which this Order is signed. If the filing fee is not paid, this case will be dismissed;

21

     (3)    The Clerk shall file the petition only upon receipt of the filing fee. If no filing fee

22

is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

23

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1          (4)      The Clerk is directed to send copies of this Order to Petitioner and to the

2    Honorable Michelle L. Peterson.

3          Dated this 8th day of May, 2020.

4

5

6                                          Marsha J. Pechman
                                           Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2