UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDELL M. ARMSTEAD, JR.,

                Petitioner,

    v.

RONALD HAYNES,

                Respondent.

Case No. C20-391-MJP-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 11), Petitioner Wendell M Armstead Jr.'s Objections (Dkt. No. 12), and the remaining record, the Court finds that the Report and Recommendation correctly concluded that Mr. Armstead Jr.'s habeas petition is time-barred; Petitioner's Objections fail to address this deficiency.  Therefore:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice;

    (3)    A certificate of appealability is DENIED as to all claims; and

    (4)    The Clerk is directed to send copies of this Order to Petitioner and all counsel.

ORDER OF DISMISSAL - 1

Dated this 28th day of September, 2020.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2